UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEJEET SINGH,<br><br>        Petitioner,<br><br>    v.<br><br>ERNESTO SANTACRUZ, JR., *et al.*,<br><br>        Respondents. | Case No. 5:25-cv-03434-FLA (DSRx)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. 2]** |

On December 17, 2025, Petitioner Lovejeet Singh ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition," Dkt. 1) and an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause ("Application," Dkt. 2). Petitioner requests the court order Respondents to provide him with an individualized bond hearing before an immigration court or release him from their custody immediately. Dkt. 2 at 1.

On December 23, 2025, Respondents filed a Response to the Application, in which they state "Petitioner appears to be [a member] of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and that "Petitioner's claims in this action as to his entitlement to a bond hearing appear to be subject to the

1

*Bautista* judgment and to any applicable appellate proceedings relating to it." Dkt. 6 at 2.  Respondents, thus, appear to concede this court may order them to provide Petitioner with an individualized bond hearing "consistent with what [c]ourts in this District have generally ordered in similar cases, which is to require such a hearing be held within seven (7) days." *Id.*

Accordingly, consistent with the Response to the Application and the orders in *Maldonado Bautista*, No. 5:25-cv-01873-SSS-BFM, Dkt. 14 at 13, the court GRANTS the Application and ENJOINS Respondents from: (1) continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a), within seven (7) days of the date of this Order; and (2) transferring, relocating, or removing Petitioner from the Central District of California pending the final resolution of this action, absent further order by this court. *See id.*[1]  The parties shall file a joint statement within seven (7) days of Petitioner's individualized bond hearing or release from detention, identifying what issues remain in dispute, if any, and addressing why the Petition and this action should not be dismissed as moot.

IT IS SO ORDERED.

Dated: January 7, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The court finds this matter appropriate for resolution without oral argument and VACATES the January 16, 2026 hearing on the Application. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

2